# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RENEFRO,<br><br>              Petitioner,<br><br>   v.<br><br>SOCIAL SECURITY ADMINISTRATION, *et. al.*,<br><br>              Respondents. | Case No. 1:19-cv-00007-AWI-EPG<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 2) |

Christopher Renefro ("Petitioner") is proceeding *pro se* in this action. (ECF No. 1). On January 2, 2019, Petitioner filed an application to proceed *in forma pauperis*. (ECF No. 2). Petitioner has made the requisite showing under 28 U.S.C. § 1915(a). Accordingly, the application to proceed *in forma pauperis* is GRANTED.

As to the status of the complaint, Petitioner is advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of *in forma pauperis* complaints to determine whether it is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the

deficiencies in the complaint can be cured by amendment. The complaint will be screened in due course, and Petitioner will be served with the resulting order.

IT IS SO ORDERED.

Dated: **January 11, 2019**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE